# United States Court of Appeals for the Federal Circuit

_____

March 30, 2011

**ERRATA**

_____

Appeal No. 2008-5090

**GRAPEVINE IMPORTS, LTD.,**

**v.**

**UNITED STATES,**

Decided:  March 11, 2011
Precedential Opinion

_____

Please make the following change:

Page 23, line 3, change "*Chevron*" to --*Colony*--.